USCA1 Opinion

 

 November 16, 1994 [NOT FOR PUBLICATION] [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT _________________________ No. 93-2332 UNITED STATES OF AMERICA, Appellee, v. JON K. HARVEY, Defendant, Appellant. _________________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Ronald R. Lagueux, U.S. District Judge] ___________________ _________________________ Before Selya, Cyr, and Stahl, Circuit Judges. ______________ _________________________ Scott A. Lutes for appellant. ______________ Anthony C. DiGioia, Assistant United States Attorney, with ___________________ whom Sheldon Whitehouse, United States Attorney, was on brief, ___________________ for the United States. _________________________ _________________________ Per Curiam. Defendant's assignments of error in this Per Curiam. __________ case are utterly without merit. The objection to the jury instruction was not properly preserved. See Fed. R. Crim. P. 30 ___ (requiring that objections to the charge be taken after the judge _____ instructs the jury but before the jury retires to deliberate). ______ In any event, we discern no meaningful error in the charge. The objection to the enhancement of the defendant's offense level for obstruction of justice, U.S.S.G. 3C1.1, is baseless, given the utter implausibility of the defendant's trial testimony and the facts of record. See, e.g., United States v. Aymelek, 926 F.2d ___ ____ _____________ _______ 64 (1st Cir. 1991). Accordingly, the judgment below is summarily affirmed. See Loc. R. 27.1. ___ Affirmed. Affirmed. ________ 2